I. MEYER COHEN, ETC. v. HOME INSURANCE COMPANY, ETC.,
ET AL.

March 21, 1989.

Petition for certification denied.

THE TOWNSHIP OF HILLSBOROUGH, ET AL. v. SOMERSET RAR-
ITAN VALLEY SEWERAGE AUTHORITY, ET AL.

March 21, 1989.

Petition for certification denied.

IN THE MATTER OF STREAM ENCROACHMENT
PERMIT NO. 12400.

IN THE MATTER OF THE APPROVAL OF THE TEMPORARY
SOLID WASTE FACILITY PERMIT, NJPDES PERMIT NO.
0061492, PERMIT TO CONSTRUCT PREVENTION OF SIGNIFI-
CANT DETERIORATION PERMIT, AND ENVIRONMENTAL
AND HEALTH IMPACT STATEMENT APPROVAL FOR THE
BERGEN COUNTY RESOURCE RECOVERY FACILITY.

March 21, 1989.

Petition for certification denied.